**Travis Jermaine WRIGHT, a/k/a Travis J. Wright, Plaintiff—Appellant,**

v.

**Anthony DENNIS, Sheriff of Sumter County; Detective Burnish, Sumter County Sheriff's Department, Defendants—Appellees.**

**No. 08–6606.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 5, 2008.

Travis Jermaine Wright, Appellant Pro Se. Robert David Garfield, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Jermaine Wright appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wright v. Dennis,* No. 8:07–cv–00299–RBH, 2008 WL 822047 (D.S.C. March 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*